# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY MARK ROBERTS,  Plaintiff,  v.  KILOLO KIJAKAZI, Acting Commissioner of Social Security,  Defendant. | CIVIL ACTION NO. 3:20-CV-01612  (SAPORITO, M.J.) |

## ORDER

AND NOW, this 4th day of May, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's application for supplemental security income is **VACATED** and **REMANDED** for further proceedings;

2. The Clerk is directed to enter **JUDGMENT** in favor of the plaintiff and against the Commissioner; and

3. The Clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge